PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 2:01-CR-12-1BO

DEMETRE LASONIE GIBBS

On Wednesday, December 9, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          Respectfully submitted,

/s/ Dwayne K. Benfield                          /s/ Thomas S. Vaughan
Dwayne K. Benfield                              Thomas S. Vaughan
Senior U.S. Probation Officer                   U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28__ day of __October__, 2010.

Terrence W. Boyle
U.S. District Judge